IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TARENE DOYLE | * |
| Plaintiff, | * |
| v. | * |
| VOZEL TRANSPORT, INC., CDI EXPRESS, INC., ANATOLI VOZIAN, and STATE FARM FIRE AND CASUALTY INSURANCE COMPANY | *    Civil Action No. 5:21-CV-00150-TES |
| Defendants | |

**CONSENT ORDER DISMISSING FEWER THAN ALL PARTIES**

Upon review and consideration of the Parties' Consent Motion to Dismiss Fewer Than All Parties, the Court Orders that Defendant CDI Express, Inc. be dismissed without prejudice as a party defendant in this case. The Plaintiff and Defendant CDI Express shall bear their own costs, attorney's fees, and litigation expenses incurred.

SO ORDERED, this 22 day of Feb 2023.

_____
JUDGE TILMAN E. SELF, III
UNITED STATES DISTRICT COURT

Prepared and presented by:
James W. Stone
Georgia State Bar No. 328708
Attorneys for Plaintiffs